FILED _____ LODG__
RECEIVED

MAY 13 2010

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

The Honorable J. KELLY ARNOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | CASE NO. MJ10-5086 |
|---|---|
| Plaintiff, | |
| v. | COMPLAINT for VIOLATION<br>Title 18. United States Code,<br>Section 875(c) and |
| DANIEL CHRISTOPHER LEONARD, | |
| Defendant. | Title 47, United States Code,<br>Section 223(a)(1)(C). |

BEFORE. J. KELLY ARNOLD, United States Magistrate Judge, U.S. Courthouse, Tacoma, Washington.

## COUNT 1

**(Use of Telecommunications Device
in Interstate Communications with Intent to Harass)**

On or about November 29, 2009, at Olympia, within the Western District of Washington, and elsewhere, DANIEL CHRISTOPHER LEONARD utilized a telecommunications device to knowingly transmit in interstate communications a communication to a person, without disclosing his identity and with intent thereby to annoy, abuse, threaten and harass the person who received the communication; in that DANIEL CHRISTOPHER LEONARD used a telephone and an Internet telephone "spoofing service" to place a telephone call to A.D., during which call he willfully concealed his true identity by electronically altering his voice, and during which call he told A.D., "I'm going to grab your tits."

All in violation of Title 47, United States Code, Section 223(a)(1)(C).

COMPLAINT/BRUETT - 1

# COUNT 2

## (Interstate Communications with Threat to Injure Person)

On or about November 29, 2009, at Olympia, within the Western District of Washington, and elsewhere, DANIEL CHRISTOPHER LEONARD knowingly and willfully did transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, in that he used a telephone and an Internet telephone "spoofing service" to place a telephone call to A.D., during which telephone call he said to A.D. that "I'm going to stick my dick inside of you."

All in violation of Title 18, United States Code, Section 875(c).

I, Ryan W. Bruett, being first duly sworn on oath, depose and say:

1. I am a Special Agent with the Federal Bureau of Investigation and have been so employed since April 2006. As part of my duties, I investigate a wide variety of federal criminal violations to include financial crime, violent crime and computer crimes. During my tenure as a Special Agent, I have received training and gained experience in interviewing and interrogation techniques, arrest procedures, search warrant applications, the execution of searches and seizures, computer crimes, white collar crimes, and various other criminal laws and procedures.

2. This affidavit is based upon my investigation as well as investigations performed by local law enforcement officials. Because this affidavit is made for the limited purpose of establishing probable cause, I have not listed each and every fact known to me concerning this investigation.

3. On August 27, 2009, M.M. reported to the Monterey (California) Police Department that she had received harassing phone calls of a sexual nature to her cellular phone from an unknown person. She received a total of six calls in ten minutes that day. Although the phone numbers registering on her caller ID differed on some of those calls, it was the same male voice each time.

4. In December 2009 and on January 27, 2010, M.M. received more of these

COMPLAINT/BRUETT - 2

calls, which she had then started to receive at her place of employment. M.M. reported these calls, as well, to the Monterey Police Dept. M.M. reported that the caller ID also registered different phone numbers for these calls. M.M. believed the caller's voice was electronically altered, but it sounded like he was breathing heavily and masturbating. During one call, he said "I want you to know I'm jerking off to you." In another, he said "I'll have my hands all over you soon." These calls greatly upset M.M. as she felt the caller threatened her personal safety. M.M. continued to receive like calls in February, March and April, 2010, and continued to make reports to the Monterey Police Dept.

5. Since the caller's voice sounded electronically altered and since the calls seemed to come from a random variety of phone numbers, several of which were nonexistent, detectives of the Monterey Police Department suspected the caller might be using an Internet "phone spoofing" service. Detective Bruno of the MPD searched the Internet and identified www.SpoofCard.com, operated by TelTech Systems, Inc., as one company that offered such a "phone spoofing" service. Detective Aaron Delgado, MPD, contacted www.SpoofCard.com and asked if it had any record of a customer calling M.M.'s phone numbers. The Legal Department of TelTech Systems, Inc. advised that M.M.'s phone number, 831-***-****, was in its system but requested a search warrant before it provided more information.

6. On March 30, 2010, the Honorable Mark E. Hood, Superior Court Judge, Monterey County, California, authorized a search warrant for records, including call recordings, from TelTech Systems, Inc. for any records relating to the victim's phone number of 831-***-****. Call detail records were requested for August 27, 2009 and from December 1, 2009 through March 23, 2010.

7. Upon receipt of the warrant, TelTech, Inc. identified its customer whose account was used to call M.M. The customer was DANIEL CHRISTOPHER LEONARD. TelTech records indicated further that DANIEL CHRISTOPHER LEONARD opened the account online in September 2007 and then purchased minutes over the phone using a credit card. Minutes were last purchased for his account on April

COMPLAINT/BRUETT - 3

1, 2010. When purchasing minutes, the caller needs only to confirm the number of his address and his zip code. The numbers used on April 1, 2010 were "2323" and "98502." Teltech reported that LEONARD now lived in Olympia, WA. Per DANIEL CHRISTOPHER LEONARD's Washington State driver license, last updated on February 26, 2010, he resided at 2323 9th Ave SW, Apartment 24-201, Olympia, Washington 98502.

8. TelTech, Inc. provided Det. Delgado with a CD containing information regarding every phone call placed with DANIEL CHRISTOPHER LEONARD's account. Per its policy, TelTech, Inc. records every call placed using its service. Thus, audio recordings of every call placed using DANIEL CHRISTOPHER LEONARD's account, during the time period of the warrant, were on the CD. Also included on the CD was a spreadsheet detailing every call placed. For each call, the following information was noted: the caller's phone number, the phone number the caller wanted to dial, the phone number the caller wanted to appear on the recipient's caller ID, and whether the caller chose to alter his voice as either a male or a female.

9. The calls logs detailed a total of 1,566 calls made using DANIEL CHRISTOPHER LEONARD's account. After reviewing the logs, Det. Delgado identified multiple other recipients of LEONARD's calls, in multiple states. It appeared that approximately 177 calls were made to a particular number in Washington, 360 - ***-****. Det. Delgado ran that number through a secure law enforcement search site and learned that it belonged to the Cambridge Court Apartments, in Olympia, Washington. On April 6, 2010, Det. Delgado called that number, and spoke with a woman, A.D. A.D. reported to Det. Delgado that she had been the target of the phone calls, and that they were harassing/threatening calls of a sexual nature. A.D. had filed multiple reports with the Olympia Police Department regarding those sexually threatening phone calls. Det. Delgado asked A.D. if she knew DANIEL CHRISTOPHER LEONARD, and she said that she did; that LEONARD was a resident of her apartment complex. She had issued his apartment to him, and had multiple routine contacts with him thereafter. Det. Delgado

COMPLAINT/BRUETT - 4

played an unaltered audio recording of one of DANIEL CHRISTOPHER LEONARD's recorded phone calls from the TelTech CD, and A.D. immediately confirmed that it was DANIEL CHRISTOPHER LEONARD's voice on the recording. Det. Delgado contacted the Olympia Police Department and shared his investigative findings.

10. Since becoming involved in this investigation, I have contacted Det. Rebecca Fayette, of the Olympia Police Dept. I learned from her that A.D. had reported the receipt of threatening calls from an unidentified male during the period from September 2009 through April of 2010, and that she reported receiving as many as nine calls in one day alone. Just as with M.M., the individual calling A.D. appeared to be calling from different phone numbers, and electronically altering his voice.

11. A.D. reported that the caller described to her things he wanted to do to her sexually. He said things like "I'm going to grab your tits," "I'm going to stick my dick inside of you" and "why are you shaking?" He breathed heavily and it sounded to A.D. as if he was masturbating. He usually called A.D. when she was working alone on the weekends and she became convinced that he could see her. On at least one occasion when Olympia police responded, she locked herself in her office and closed the blinds. The calls affected A.D.'s ability to continue in her job.

12. On April 7, 2010, the Honorable Russell D. Scott, Superior Court Judge, Monterey County, issued an arrest warrant for DANIEL CHRISTOPHER LEONARD. Officers with the Olympia, WA Police Dept. arrested DANIEL CHRISTOPHER LEONARD on April 27, 2010. On April 28, 2010, Olympia Police Department Detectives interviewed DANIEL CHRISTOPHER LEONARD. He confessed to using "spoof cards" to make "sexually driven phone calls" to multiple women. He estimated he began doing so in August 2009. He stated that he used random, fictitious phone numbers to mask his number and, when calling women with whom he had interacted, he masked his voice using the electronic voice alteration offered by the spoofing service. He specifically targeted some women he knew but then also randomly called women working at businesses such as tanning salons or coffee stands. He did not bother to electronically

alter his voice when calling those women since they would not know him.

13.     DANIEL CHRISTOPHER LEONARD admitted to calling A.D., who he knew from his apartment complex. He would notice her working in the management office when he drove by and then would call her shortly thereafter and comment on what she was wearing and such. He estimated he called her over one hundred times from January 2010 through April 2010. He said he often masturbated while calling women using the spoofing service.

14.     Based on the above facts, I respectfully submit that there is probable cause to believe that DANIEL CHRISTOPHER LEONARD transmitted in interstate commerce a communication containing a threat to injure the person of another; and utilized a telecommunications device to knowingly transmit in interstate communications a communication to a person, without disclosing his identity and with intent thereby to annoy, abuse, threaten and harass the person who received the communication; in violation of Title 18, United States Code, Section 875(c) and Title 47, United States Code, Section 223(a)(1)(C), respectively.

RYAN W. BRUETT, Complainant
Special Agent
Federal Bureau of Investigation

Based on the Complaint and Affidavit sworn to before me, and subscribed in my presence, the Court hereby finds that there is probable cause to believe the defendant committed the offenses set forth in the Complaint.

DATED this 13th day of May, 2010.

J. KELLY ARNOLD
United States Magistrate Judge

COMPLAINT/BRUETT - 6